## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JAMES OBERGEFELL** and **JOHN ARTHUR,** | : : | Case No. 1:13-cv-501 |
| | : | |
| | : | Judge Timothy S. Black |
| **Plaintiffs,** | : | |
| | : | **NOTICE OF APPEARANCE** |
| vs. | : | |
| | : | |
| **JOHN KASICH, et al,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

Plaintiff gives notice that Alphonse A. Gerhardstein enters his appearance as Counsel for Plaintiffs in this action.

Respectfully submitted,

/s/ Alphonse A. Gerhardstein
Alphonse A. Gerhardstein # 0032053
Trial Attorney for Plaintiffs
Jennifer L. Branch #0038893
Jacklyn Gonzales Martin #0090242
GERHARDSTEIN & BRANCH CO. LPA
Attorneys for Plaintiffs
432 Walnut Street, Suite 400
Cincinnati, Ohio 45202
(513) 621-9100
(513) 345-5543 fax
agerhardstein@gbfirm.com
jbranch@gbfirm.com
jgmartin@gbfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2013, a copy of the foregoing pleading was filed electronically.

Notice of this filing will be sent to all parties for whom counsel has entered an appearance by

operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

s/ Alphonse A. Gerhardstein
Attorney for Plaintiff
