## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JAMES OBERGEFELL and JOHN ARTHUR,** | :: : | Case No. |
| **Plaintiffs,** | : : | Judge |
| vs. | : : | **DECLARATION OF JOHN ARTHUR** |
| **JOHN KASICH, et al,** | : : | |
| **Defendants.** | : | |

I, John Arthur, under 28 U.S.C. §1746, declare under the penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is John Arthur and I am a plaintiff in the above action. I have read the complaint filed in this action and I can verify that all of the facts are true. I submit this declaration in support of our request for a preliminary injunction.

2. I was born in Chicago but have lived in Cincinnati since the age of seven. I graduated from the University of Cincinnati with a bachelor's degree in business administration in 1988.

3. My parents were born in and grew up in the Greater Cincinnati area. My only brother still owns property in Cincinnati to make it easier for him to visit James and me. I have aunts, uncles and cousins in the Greater Cincinnati area.

4. I have been considered a part of James' family for more than 20 years, expanding my family to include five more siblings, 10 nieces and nephews, and five great nieces and nephews.

5. My social network and support system is centered in Cincinnati, Ohio and stretches throughout Ohio (Sandusky, Toledo, Columbus, etc) and beyond.

6. As advocates for the city of Cincinnati through membership and participation in three neighborhood associations, public school input sessions, neighborhood planning, The Cincinnati Master Plan, and more; we have been fully-committed and productive members of our community and the State of Ohio. We give not only through our tax dollars but through donations, memberships and civic involvement.

7. I am 47 years old. I am suffering from ALS and am a hospice patient. I am very weak and confined to my bed.

8. I am married to James Obergefell. I love him and want our last days together to be a celebration of our love. How can we celebrate when Ohio law requires that my death certificate say I am not married and that I have no surviving spouse? We also deserve all the economic benefits that come from recognizing our marriage.

9. Only through court action to recognize our marriage in Ohio can James and I receive the dignity that our marriage deserves. Please act soon.

Dated: 7/19/2013

John Arthur by JO per POA 6/1/12
John Arthur