# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **JAMES OBERGEFELL, et al.** | ) | Case No.  1:13CV501 |
| | ) | |
| **Plaintiffs** | ) | (Judge Timothy Black) |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE OF COUNSEL** |
| | ) | |
| **JOHN KASICH, et al.** | ) | |
| | ) | |
| **Defendants** | | |

Notice is hereby given that Aaron Herzig, Assistant City Solicitor, is entering an appearance in the above captioned case as trial attorney for Defendant Camille Jones, M.D.

                                              Respectfully submitted,

                                              **JOHN P. CURP (0064782)**
                                              City Solicitor


*/s/ Aaron Herzig* __ ___
**AARON HERZIG (0079371)**
Deputy City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3320
FAX: (513) 352-1515
E-mail: aaron.herzig@cincinnati-oh.gov
Trial Counsel for Defendant
Camille Jones, M.D.

{00096741-1}

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2013, a true and accurate copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties by certified mailed who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

          */s/ Aaron Herzig*
          **AARON HERZIG (0079371)**
          Deputy City Solicitor

{00096741-1}