ACTION: Final
Reg. Dist. No. _____
Primary Reg. Dist. No. _____
Registrar's No. _____

EXISTING
Appendix
3701-5-02

DATE: 12/20/2010 10:21 AM

Ohio Department of Health
VITAL STATISTICS
**CERTIFICATE OF DEATH**
Type or print in permanent black ink

State File No. _____

Bar Code here

**DECEDENT**

1. Decedent's Legal Name (Include AKA's if any) (First Middle, LAST, suffix) | 2. Sex | 3. Date of Death (Mo/Day/Year)
4. Social Security Number | 5a. Age (Years) | 5b. Under 1 Year (Months / Days) | 5c. Under 1 day (Hours / Minutes) | 6. Date of Birth (Mo/Day/Year) | 7. Birthplace (City and State or Foreign Country)
8a. Residence State | 8b. County | 8c. City or Town
8d. Street and Number | 8e. Apt. No. | 8f. Zipcode | 8g. Inside City Limits?
9. Ever in US Armed Forces? | 10. Marital Status at Time of Death | 11. Surviving Spouse's Name (If Wife, give name prior to first marriage)
12. Decedents Education | 13. Decedent of Hispanic Origin | 14. Decedent's Race
15. Fathers Name | 16. Mothers Name
17a. Informant's Name | 17b. Relationship to Decedent | 17c. Mailing Address (Street and Number, City, State, Zip Code)
18a. Place of Death
18b. Facility Name (If not Institution, give street & number) | 18c. City or Town, State and Zip Code | 18d. County of Death
19. Signature of Funeral Service Licensee or Other Agent | 20 License Number (of licensee) | 21. Name and Complete Address of Funeral Facility

**DISPOSITION**

22a. Method of Disposition | 22b. Date of Disposition
22c. Place of Disposition (Name of Cemetery, Crematory, or other place) | 22d. Location (City/Town or State)

**REGISTRAR**

23. Registrars Signature | 24. Date Filed
25a. Name of Person Issuing Burial Permit | 25b. Dist. No. | 25c. Date Permit Issued

**CERTIFIER**

26a. Certifier (Check Only One)
☐ Certifying Physician
To the best of my Knowledge, death occurred at the time, date, and place; and due to the cause(s) and manner stated.
☐ Coroner
On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place; and due to the cause(s) and manner stated.

26b. Time of Death | 26c. Date Pronounced Dead (Mo/Day/Year) | 26d. Was Case referred to Coroner?
26e. Signature and Title of Certifier | 26f. License number | 26g. Date Signed
27. Name (First, Middle, Last) and Address of Person who Completed Cause of Death

**CAUSE OF DEATH**

28. Part I. Enter the disease, injuries, or complications that caused the death. Do no enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. Type or print in permanent black ink. | Approximate Interval Between Onset and Death

Immediate Cause (Final disease or condition resulting in death) | a.
Sequentially list conditions, if any, leading to the immediate cause. | b. Due to (or as Consequence of)
Enter Underlying Cause Last (Disease or injury that initiated events resulting in a death) | c. Due to (or as Consequence of)
| d. Due to (or as Consequence of)

Part II. Other Significant Conditions contributing to death but not resulting in the underlying cause given in Part I. | 29a. Was an Autopsy Performed? | 29b. Were Autopsy Findings Available Prior to completion of Cause of Death?
30. Did Tobacco Use Contribute to Death? | 31. If Female | 32. Manner of Death
33a. Date Of Injury (Mo/Day/Year) | 33b. Time of Injury | 33c. Place of Injury (e.g., Decedent's home, construction site, restaurant, wooded area) | 33d. Injury at Work?
33e. Location of Injury (Street and Number or Rural Route Number, City or Town, State)
33f. Describe How Injury Occurred: | 33g. If Transportation Injury, Specify:

APPENDIX B
3701-5-02

HEA 2724 Rev. 01/07

print date: 12/20/2010 9:22 PM

Obergefell v. Kasich, et al.
Case No. 13-cv-501

Defendants' Response to TRO
EXH. A, p|1