# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JAMES OBERGEFELL**, *et al.* | : | Case No. 1:13-cv-501 |
| | : | |
| Plaintiffs, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | |
| | : | **EXTENSION OF TEMPORARY** |
| **JOHN KASICH**, *et al.* | : | **RESTRAINING ORDER** |
| | : | |
| Defendants. | : | |

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, and by agreement of the parties, the expiration of the Temporary Restraining Order (Doc. 14) is hereby extended for an additional 14 days.  The purpose of this agreed extension is to facilitate the parties' further negotiations regarding a proposed litigation calendar for resolution of this case.

The Temporary Restraining Order (Doc. 14) shall now expire on August 19, 2013 at 5:00 p.m., unless further extended by the parties and the Court.

**IT IS SO ORDERED**.

Date: 7/30/13

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge