UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JAMES OBERGEFELL,** *et al.* | : | **Case No. 1:13-cv-501** |
| Plaintiffs, | : | |
| | : | **Judge Timothy S. Black** |
| vs. | : | |
| | : | **ORDER OF EXTENSION OF THE TEMPORARY RESTRAINING ORDER** |
| **JOHN KASICH,** *et al.* | : | |
| Defendants. | : | |

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, and by agreement of the parties, the expiration of the Temporary Restraining Order (Doc. 14) is hereby extended until December 31, 2013, or to the date of decision on the merits. The Temporary Restraining Order is being so extended in order to maintain the current status quo until the issues presented in this case can be adjudicated on the merits in accordance with the case management plan.

**IT IS SO ORDERED**.

Date: 8/13/13

*/s/ Timothy S. Black*
Timothy S. Black
United States District Judge