IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES OBERGEFELL, et al., | : | |
| | : | |
| Plaintiffs, | : | Case No. 13-CV-501 |
| | : | |
| v. | : | Judge Timothy S. Black |
| | : | |
| JOHN KASICH, et al., | : | |
| | : | |
| Defendants. | : | |

**JOINT MOTION FOR EXTENSION OF DEFENDANTS' RESPONSE DATE**

The Plaintiffs and the Defendants Governor John Kasich and Ohio Attorney General Mike DeWine jointly moving for a one week extension of the Defendants' answer/response date. Pursuant to the current case management plan, the Defendants' response to the Plaintiffs' amended complaint is due September 13, 2013. The Plaintiffs and State Defendants are in on-going discussions regarding Plaintiffs' substitution of parties and need more time to continue those discussions. For the foregoing reasons the parties request that the Defendants' response date be moved to September 20, 2013. All remaining dates on the current case schedule will remain in effect. No party opposes this motion.

Respectfully submitted,

MIKE DeWINE
Ohio Attorney General

| | |
|---|---|
| */s/ Alphonse A. Gerhardstein* | /s/ *Bridget E. Coontz* |
| Alphonse A. Gerhardstein (0032053) | BRIDGET E. COONTZ (0072919)* |
| Trial Attorney for Plaintiff | *Lead and Trial Counsel |
| Jennifer L. Branch (0038893) | ZACHERY P. KELLER (0086930) |
| Jacklyn Gonzales Martin #0090242 | Assistant Attorneys General |
| Gerhardstein & Branch, Co., L.P.A. | Constitutional Offices Section |
| 432 Walnut Street, Suite 400 | 30 East Broad Street, 16th Floor |
| Cincinnati, Ohio 45202 | Columbus, Ohio 43215 |
| Tel. (513) 621-9100 | Tel: (614) 466-2872; Fax: (614) 728-7592 |

Fax (513) 345-5543  
agerhardstein@gbfirm.com  
jbranch@gbfirm.com  
jgmartin@gbfirm.com

bridget.coontz@ohioattorneygeneral.gov  
Zachery.keller@ohioattorneygeneral.gov

*Attorneys for State Defendants*

Lisa T. Meeks  (0062074)  
Newman & Meeks Co., LPA  
215 E. Ninth Street, Suite 650  
Cincinnati, OH  45202  
phone:  513-639-7000  
fax:  513-639-7011  
lisameeks@newman-meeks.com

*Attorneys for Plaintiffs*

*/s/ Aaron Herzig*  
Aaron Herzig (0079371)  
Deputy City Solicitor  
City of Cincinnati Law Department  
801 Plum St., Room 214  
Cincinnati, Ohio 45202  
(513) 352-3334  
Aaron.herzig@cincinnati-oh.gov

*Attorney for Dr. Camille Jones*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was filed electronically on September 13, 2013.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                        /s/ *Bridget E. Coontz*
                                        Bridget E. Coontz (0072919)*
                                        Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **JAMES OBERGEFELL, et al.,** | : | |
| | : | |
| Plaintiffs, | : | Case No. 13-CV-501 |
| | : | |
| v. | : | Judge Timothy S. Black |
| | : | |
| **JOHN KASICH, et al.,** | : | |
| | : | |
| Defendants. | : | |

**PROPOSED ENTRY AND ORDER**

The joint motion for extension of time for all Defendants to respond is hereby GRANTED.  All Defendants are ordered to answer or otherwise plead to the Plaintiffs' Amended Complaint (ECF Doc. No. 24) by September 20, 2013.  All other dates on the case management schedule will remain in effect.

IT IS SO ORDERED.

_____   _____

       DATE                                                   JUDGE TIMOTHY S. BLACK