IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAMES OBERGEFELL, et al., | : |
| Plaintiffs, | : Case No. 13-CV-501 |
| v. | : Judge Timothy S. Black |
| JOHN KASICH, et al., | : |
| Defendants. | : |

## ENTRY AND ORDER

The joint motion for extension of time for all Defendants to respond is hereby GRANTED.  All Defendants are ordered to answer or otherwise plead to the Plaintiffs' Amended Complaint (ECF Doc. No. 24) by September 20, 2013.  All other dates on the case management schedule will remain in effect.

DATE 9/13/2013                              IT IS SO ORDERED.

                                            __s/ Timothy S. Black_____
                                            TIMOTHY S. BLACK
                                            United States District Judge