UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES OBERGEFELL and  JOHN ARTHUR, et al, | : : | Case No. 1:13-cv-501 |
| | : | Judge Timothy S. Black |
| Plaintiffs, | : : | |
| | : | **NOTICE OF DEATH OF** |
| vs. | : : | **PLAINTIFF JOHN ARTHUR** |
| THEODORE E. WYMYSLO, et al, | : : | |
| Defendants. | : | |

Pursuant to Fed. R. Civ. Proc. 25(a)(2), Plaintiffs hereby give notice to the Court that Plaintiff John Arthur passed away on October 22, 2013.  Plaintiff Robert Grunn is handling the disposition of his body.  He will assist Plaintiff James Obergefell with the application for a death certificate consistent with the order of this Court.  This action will proceed without interruption by the remaining plaintiffs.

Respectfully submitted,

| | |
|---|---|
| Lisa T. Meeks  (0062074)<br>Newman & Meeks Co., LPA<br>215 E. Ninth Street, Suite 650<br>Cincinnati, OH  45202<br>phone:  513-639-7000<br>fax:  513-639-7011<br>lisameeks@newman-meeks.com<br>*Attorney for Plaintiffs* | /s/ Alphonse A. Gerhardstein<br>Alphonse A. Gerhardstein # 0032053<br>*Trial Attorney for Plaintiffs*<br>Jennifer L. Branch #0038893<br>Jacklyn Gonzales Martin #0090242<br>Gerhardstein & Branch Co. LPA<br>Attorneys for Plaintiffs<br>432 Walnut Street, Suite 400<br>Cincinnati, Ohio 45202<br> (513) 621-9100<br> (513) 345-5543 fax<br>agerhardstein@gbfirm.com<br>jbranch@gbfirm.com<br>jgmartin@gbfirm.com<br>*Attorneys for Plaintiffs* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2013, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

/s/ Alphonse A. Gerhardstein
Alphonse A. Gerhardstein # 0032053