UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES OBERGEFELL, et al. | : | Civil Action No. 1:13-cv-501 |
| | : | |
| **Plaintiffs,** | : | Judge Timothy S. Black |
| | : | |
| v. | : | |
| | : | **PLAINTIFFS' MOTION TO EXTEND** |
| THEODORE E. WYMYSLO, M.D., et. | : | **TIME TO FILE REPLY UNTIL** |
| al., | : | **DECEMBER 9, 2013** |
| | : | |
| **Defendants.** | : | |

Plaintiffs hereby move for an extension of time until December 9, 2013, to respond to Defendant Theodore E. Wymyslo's Memorandum in Opposition to Plantiffs' Motion for Declaratory and Permanent Injunction (Doc. 56) that was filed in the above case.  Both Defendants' counsel agree to this request.

**MEMORANDUM**

Plaintiffs' counsel are working diligently to study all the facts and law that apply to the various issues in the Defendant's Memorandum in Opposition (Doc. 56), and did not anticipate the impact of the Thanksgiving week schedule on that reply due date. Plaintiffs' counsel requests a short extension until December 9, 2013 to complete the reply memorandum.  Counsel for Defendant Wymyslo, who filed the Memorandum in Opposition, agrees to this request. Counsel for Defendant Camille Jones also agrees to this request.

Respectfully submitted,

*/s/ Alphonse A. Gerhardstein*
Alphonse A. Gerhardstein (0032053)
Trial Attorney for Plaintiff
Jennifer L. Branch (0038893)
Jacklyn Gonzales Martin #0090242
Gerhardstein & Branch, Co., L.P.A.
432 Walnut Street, Suite 400
Cincinnati, Ohio 45202
Tel. (513) 621-9100
Fax (513) 345-5543
agerhardstein@gbfirm.com
jbranch@gbfirm.com
jgmartin@gbfirm.com

Lisa T. Meeks (0062074)
Newman & Meeks Co., LPA
215 E. Ninth Street, Suite 650
Cincinnati, OH  45202
phone:  513-639-7000
fax:  513-639-7011
lisameeks@newman-meeks.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2013, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

/s/Alphonse A Gerhardstein

2