UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JAMES OBERGEFELL, et al.,**  Plaintiffs,  v.  **THEODORE E. WYMYSLO, M.D., et al.,**  Defendants. | Case No. 1:13-CV-501  District Judge Timothy S. Black |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE CITIZENS FOR COMMUNITY VALUES IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR DECLARATORY JUDGMENT AND PERMANENT INJUNCTION**

_____

Pursuant to S.D. Ohio Civ. R. 7.3, proposed *Amicus Curiae*, Citizens for Community Values, by and through their attorneys, hereby moves this Court for an order granting leave to file the concurrently submitted *amicus curiae* brief in support of Defendant's Opposition to Plaintiffs' Motion for Declaratory Judgment and Permanent Injunction. Counsel for *Amicus Curiae* has notified counsel for all parties of this motion. Counsel for all parties expressed no objections to the filing of this motion (although counsel for Plaintiffs conditioned his consent upon *Amicus Curiae* filing the motion by Monday, November 25, 2013, which is hereby accomplished). The basis for this Motion is explained in the brief included within this document.

**INTEREST OF PROPOSED AMICUS CURIAE**

Proposed *Amicus Curiae* Citizens for Community Values ("CCV") is an organization that exists to strengthen Ohio families through public advocacy, education, and active community partnership. CCV focuses its efforts on public-policy issues involving marriage, children, and the family.

This case questions the constitutionality of Ohio's sovereign decision to preserve marriage as the union between one man and one woman. CCV's interest in this case derives from the important public-policy issues implicated by that legal question.

Strong families are founded on the ideal of a lifelong marriage of one man and one woman. Healthy, enduring marriages enrich the lives of the couple, their children, and the community around them. For decades, the social sciences have provided clear and convincing evidence that not all family structures are equal. CCV discusses much of the relevant social science pertinent to this question in its accompanying *amicus* brief.

## ARGUMENT

CCV seeks to provide information to this Court regarding Ohio's interest in supporting the proven parenting structure of a biological mother and father by reserving the title and status of marriage to unions comprised of a man and a woman. A persistent claim by supporters of same-sex marriage is that there is "no difference" in the outcomes of children raised by a biological mother and father and those who have been raised by two women or two men. That claim has also been advanced by associations like the American Psychological Association (APA). CCV's *amicus* brief demonstrates that methodological limitations make the APA's "no difference" hypothesis suspect. The *amicus* brief also shows that the APA's hypothesis is contrary to longstanding research demonstrating that the ideal environment for raising children is a stable marriage of a biological mother and father. CCV's knowledge of this research, as discussed in the accompanying *amicus* brief, will aid the Court in addressing the constitutional questions raised in this case.

## CONCLUSION

Citizens for Community Values respectfully requests that this Court issue an order granting leave to file the accompanying brief in support of Defendants.

Respectfully submitted,

                                     s/ ***Joseph E. La Rue***
                                     Joseph E. La Rue (Ohio Bar Number: 0080643)
                                     *Attorney for Proposed Amicus Curiae*
                                     Alliance Defending Freedom
                                     15100 N 90th Street
                                     Scottsdale, AZ 85260
                                     Tel: (480) 444-0020
                                     Fax: (480) 444-0028
                                     Email: jlarue@alliancedefendingfreedom.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2013, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following participants:

*Attorneys for Plaintiffs*

Alphonse Adam Gerhardstein
Gerhardstein & Branch Co. LPA
432 Walnut Street, Suite 400
Cincinnati, OH 45202
513-621-9100
Fax: 513-345-5543
Email: agerhardstein@gbfirm.com

Jacklyn Gonzales Martin
Gerhardstein & Branch Co. LPA
432 Walnut St., Ste. 400
Cincinnati, OH 45202
513-621-9100
Fax: 513-345-5543
Email: jgmartin@gbfirm.com

Lisa Talmadge Meeks
Newman & Meeks Co LPA
617 Vine Street
Suite 1401
Cincinnati, OH 45202
513-639-7000
Email: lisameeks@newman-meeks.com

Jennifer Lynn Branch
Gerhardstein & Branch Co. LPA
432 Walnut Street, Suite 400
Cincinnati, OH 45202
513-621-9100 x13
Fax: 513-345-5543
Email: jbranch@gbfirm.com

*Attorneys for Defendants*

Bridget C. Coontz
Ohio Attorney General's Office
Constitutional Offices
30 East Broad Street, 16th Floor
Columbus, OH 43215
614-466-2872
Fax: 614-728-7592
Email: bridget.coontz@ohioattorneygeneral.gov

Zachery Paul Keller
Ohio Attorney General
Constitutional Offices
30 East Broad St., 16th Floor
Columbus, OH 43215
614-466-1853
Fax: 614-728-7592
Email: zachery.keller@ohioattorneygeneral.gov

Aaron Mark Herzig
City of Cincinnati
Law Department
801 Plum Street
Room 214
Cincinnati, OH 45202
513-352-3320
Email: aaron.herzig@cincinnati-oh.gov

Terrance A Nestor
City of Cincinnati
Solicitors Office
801 Plum Street
Room 214 City Hall
Cincinnati, OH 45202
513-352-2495
Email: terry.nestor@cincinnati-oh.gov

5

                          s/ **_Joseph E. La Rue_**
                          Joseph E. La Rue (Ohio Bar Number: 0080643)
                          *Attorney for Proposed Amicus Curiae*
                          Alliance Defending Freedom
                          15100 N 90th Street
                          Scottsdale, AZ 85260
                          Tel: (480) 444-0020
                          Fax: (480) 444-0028
                          Email: jlarue@alliancedefendingfreedom.org