UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES OBERGEFELL, et al., | : | Case No. 1:13-cv-501 |
| | : | |
| Plaintiffs, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | **NOTICE OF SUPPLEMENTAL** |
| | : | **AUTHORITY** |
| THEODORE E. WYMYSLO, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

Plaintiffs respectfully submit as supplemental authority the attached recent decision in *Kitchen v. Herbert*, 2:13-CV-00217 (D. Utah Dec. 20, 2013) (Doc. 90).

Respectfully submitted,

| | |
|---|---|
| Lisa T. Meeks  (0062074)<br>Newman & Meeks Co., LPA<br>215 E. Ninth Street, Suite 650<br>Cincinnati, OH  45202<br>phone:  513-639-7000<br>fax:  513-639-7011<br>lisameeks@newman-meeks.com<br>*Attorney for Plaintiffs* | /s/ Alphonse A. Gerhardstein<br>Alphonse A. Gerhardstein # 0032053<br>*Trial Attorney for Plaintiffs*<br>Jennifer L. Branch #0038893<br>Jacklyn Gonzales Martin #0090242<br>Gerhardstein & Branch Co. LPA<br>Attorneys for Plaintiffs<br>432 Walnut Street, Suite 400<br>Cincinnati, Ohio 45202<br> (513) 621-9100<br> (513) 345-5543 fax<br>agerhardstein@gbfirm.com<br>jbranch@gbfirm.com<br>jgmartin@gbfirm.com<br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

/s/ Alphonse A. Gerhardstein
Alphonse A. Gerhardstein # 0032053