UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES OBERGEFELL, *et al.,*  Case No. 1:13-cv-501

    Plaintiffs,  Judge Timothy S. Black

-vs-

THEODORE E. WYMYSLO, M.D., *et al.,*

    Defendants.

### JUDGMENT IN A CIVIL CASE

[ ] **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X] **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Court has rendered a Final Order and has **GRANTED** Plaintiffs' Motion for Declaratory Judgment and Permanent Injunction; Defendants Theodore Wymyslo and Camille Jones, and their officers, agents and employees, and those persons in active concert or participate with Defendants who receive actual notice of this Order are **PERMANENTLY ENJOINED** from enforcing Ohio Const. Art. XV, §11 and Ohio Rev. Code § 3101.01(C) as applied to Plaintiffs; and the case is **CLOSED** on the Court's docket.

Date: December 23, 2013  **JOHN P. HEHMAN, CLERK**

    By: *s/ M. Rogers*
    Deputy Clerk