# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JAMES OBERGEFELL, et al., | : |
| Plaintiffs, | : Case No. 13-CV-501 |
| v. | : Judge Timothy S. Black |
| THEODORE E. WYMYSLO, M.D., | : |
| Defendants. | : |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Theodore E. Wymyslo, M. D. appeals to the United States Court of Appeals for the Sixth Circuit from the Final Judgment entered in this action on December 23, 2013 (Doc. 67), and from prior orders, including, but not limited to, the Final Order Granting Plaintiffs' Motion for Declaratory Judgment and Permanent Injunction entered in this action on December 23, 2013 (Doc. 65) and the Declaratory Judgment and Permanent Injunction entered in this action on December 23, 2013 (Doc. 66).

Respectfully submitted,

MICHAEL DeWINE
Ohio Attorney General

/s/ *Bridget E. Coontz*
BRIDGET E. COONTZ (0072919)
ZACHERY P. KELLER (0086930)
RYAN L. RICHARDSON (0090382)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (614) 466-2872; Fax: (614) 728-7592
bridget.coontz@ohioattorneygeneral.gov
zachery.keller@ohioattorneygeneral.gov
ryan.richarson@ohioattorneygeneral.gov

*Counsel for Dr. Theodore E. Wymyslo*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the U.S. District Court on January 16, 2013 and served upon all parties of record via the court's electronic filing system.

/s/ *Bridget E. Coontz*
BRIDGET E. COONTZ (0072919)
Assistant Attorney General