UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| JAMES OBERGEFELL AND JOHN ARTHUR, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 1:13-cv-501 |
| | : | |
| v. | : | Judge Timothy S. Black |
| | : | |
| THEODORE E. WYMYSLO, et. al., | : | |
| Defendants. | : | |

### AGREED STAY OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

This case is currently on appeal in the United States Court of Appeals for the Sixth Circuit. (*Obergefell, et al. v Wymyslo, et al.*, Sixth Circuit Case No. 2014-3057). On February 6, 2014 Plaintiffs filed a *Motion For Attorney's Fees and Expenses* (ECF Doc. No. 70). By agreement, the parties request that Plaintiff's *Motion* be stayed until final resolution of all appeals of this case.

Respectfully Submitted,

MIKE DEWINE
Ohio Attorney General

| | |
|---|---|
| /s/ Alphonse A. Gerhardstein | /s/ Bridget E. Coontz |
| Alphonse A. Gerhardstein (0032053) | BRIDGET E. COONTZ (0072919)* |
| *Trial Attorney for Plaintiff* | *Lead and Trial Counsel* |
| Jennifer L. Branch (0038893) | Assistant Attorney General |
| Jacklyn Gonzales Martin #0090242 | Constitutional Offices Section |
| Gerhardstein & Branch, Co., L.P.A. | 30 East Broad Street, 16th Floor |
| 432 Walnut Street, Suite 400 | Columbus, Ohio 43215 |
| Cincinnati, Ohio 45202 | Tel: (614) 466-2872 |
| Tel. (513) 621-9100 | Fax: (614) 728-7592 |
| Fax (513) 345-5543 | bridget.coontz@ohioattorneygeneral.gov |
| agerhardstein@gbfirm.com | |
| jbranch@gbfirm.com | *Counsel for Defendant Theodore Wymyslo* |
| jgmartin@gbfirm.com | |

*Additional Counsel on Following Page*

Lisa T. Meeks  (0062074)
Newman & Meeks Co., LPA
215 E. Ninth Street, Suite 650
Cincinnati, OH  45202
Tel:  513-639-7000
Fax:  513-639-7011
lisameeks@newman-meeks.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on February 7, 2014. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *Bridget E. Coontz*
Bridget E. Coontz (0072919)*
Assistant Attorney General