IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JAMES OBERGEFELL AND JOHN ARTHUR,** : | |
| : | |
| Plaintiffs, : | Civil Action No. 1:13-cv-501 |
| : | |
| v. : | Judge Timothy S. Black |
| : | |
| **THEODORE E. WYMYSLO, et. al.,** : | |
| Defendants. : | |

## NOTICE OF COMPLIANCE

Defendant Dr. Theodore Wymyslo files the attached affidavit (Exhibit A) as evidence of his compliance with this Court's December 22, 2013 Order (ECF Doc. No. 66).

Respectfully submitted,

MICHAEL DeWINE
Ohio Attorney General


/s/ *Bridget E. Coontz*
BRIDGET E. COONTZ (0072919)*
  *Lead and Trial Counsel
ZACHERY P. KELLER (0086930)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (614) 466-2872; Fax: (614) 728-7592
bridget.coontz@ohioattorneygeneral.gov
Zachery.keller@ohioattorneygeneral.gov

*Counsel for Dr. Wymslo*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2014, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by e-mail or facsimile upon all parties for whom counsel has not yet entered an appearance and upon all counsel who have not entered their appearance via the electronic system.

*//s/ Bridget E. Coontz*
BRIDGET E. COONTZ (0072919)*
Assistant Attorney General