# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 15, 2014

Ms. Jennifer L. Branch
Gerhardstein & Branch
432 Walnut Street
Suite 400
Cincinnati, OH 45202

Ms. Bridget Carty Coontz
Ohio Attorney General's Office
30 E. Broad Street
16th Floor
Columbus, OH 43215

Mr. Alphonse A. Gerhardstein
Gerhardstein & Branch
432 Walnut Street
Suite 400
Cincinnati, OH 45202

Mr. Zachery P. Keller
Ohio Attorney General
Constitutional Offices Section
30 E. Broad Street
16th Floor
Columbus, OH 43215

Ms. Jacklyn Gonzales Martin
Gerhardstein & Branch
432 Walnut Street
Suite 400
Cincinnati, OH 45202

Ms. Lisa Talmadge Meeks
Newman & Meeks

215 E. Ninth Street
Suite 650
Cincinnati, OH 45202

Re: Case No. 14-3057, *James Obergefell, et al v. Lance D. Himes*
Originating Case No. : 1:13-cv-00501

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.  **Please note the official caption shown below should now be used on all documents submitted to this Court.

Sincerely yours,

s/Cheryl Borkowski
Case Manager
Direct Dial No. 513-564-7035

cc:  Mr. John P. Hehman

Enclosure

OFFICIAL CAPTION FOR 14-3057:

JAMES OBERGEFELL; JOHN ARTHUR; DAVID BRIAN MICHENER; ROBERT GRUNN

   Plaintiffs - Appellees

v.

LANCE D. HIMES, In his official capacity as the Interim Director of the Ohio Department of Health

   Defendant - Appellant

CAMILLE JONES

   Defendant

Case No. 14-3057

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

JAMES OBERGEFELL; JOHN ARTHUR; DAVID BRIAN MICHENER; ROBERT GRUNN

    Plaintiffs - Appellees

v.

LANCE D. HIMES, In his official capacity as the Interim Director of the Ohio Department of Health

    Defendant - Appellant

CAMILLE JONES

    Defendant

Upon sua sponte consideration it is ORDERED that Lance D. Himes, Interim Director of the Ohio Department of Health be substituted for Theodore Wymyslo as appellant in the above cause pursuant to FRAP Rule 43 (c)(2).

                                     **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
                                     Deborah S. Hunt, Clerk

Issued:  April 15, 2014