UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES OBERGEFELL, *et al.*, | : | Case No. 1:13-cv-501 |
| | : | |
| Plaintiffs, | : | Judge Timothy S. Black |
| vs. | : | |
| | : | STIPULATED |
| RICHARD HODGES, *et al.*, | : | JUDGMENT ENTRY |
| | : | FOR ATTORNEY FEES |
| Defendants. | : | |

**STIPULATED JUDGMENT ENTRY**

Plaintiffs filed a motion for attorney fees. (Doc. 87). The parties have reached an **agreement** regarding the amount to be awarded in attorney fees in the amount of $1,300,000.00 in fees and expenses. Pursuant to the terms of the agreement, the Court orders that Defendant Hodges shall pay to Gerhardstein & Branch Co. LPA, for the benefit of all attorneys identified in the fee motion, the sum of $1,300,000.00 -- in full satisfaction of all Plaintiffs' attorney fees and expenses incurred in this case, in full satisfaction of all Plaintiffs' attorney fees and expenses incurred in *Henry v. Hodges*, SDOH Case No. 1:14-cv-129, and in full satisfaction of all Plaintiffs' attorney fees and expenses incurred in *Gibson v. Himes*, SDOH Case No. 1:14-cv-347 through October 30, 2015.

The Clerk shall enter a judgment in accordance with this Entry.

**SO ORDERED**, this 2nd day of November, 2015.

_____
Timothy S. Black
United States District Judge