**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JAMES OBERGEFELL, *et al.*, | : | Case No. 1:13-cv-501 |
| | : | |
| Plaintiffs, | : | Judge Timothy S. Black |
| vs. | : | |
| | : | |
| RICHARD HODGES, *et al.*, | : | |
| | : | |
| Defendants. | : | |

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]     **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[ x ]     **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that, as agreed by the parties, attorney fees in the amount of $1,300,000.00 in fees and expenses are awarded to Gerhardstein & Branch Co. LPA and to be paid by Defendant Hodges for the benefit of all Plaintiffs' attorney fees and expenses incurred in this case, in full satisfaction of all Plaintiffs' attorney fees and expenses incurred in this case, in full satisfaction of all Plaintiffs' attorney fees and expenses incurred in *Henry v Hodges*, SDOH Case No. 1:14-cv-129, and in full satisfaction of all Plaintiffs' attorney fees and expenses incurred *Gibson v Himes*, SDOH Case 1:14-cv-347 through October 20, 2015. (*See* Stipulated Judgment Entry for Attorney Fees Doc. 89).

Date: November 2, 2015                                                 **RICHARD W. NAGEL, CLERK**

                                                                                                    By: *s/ M. Rogers*
                                                                                                    Deputy Clerk