IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES OBERGEFELL, et al., | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 1:13-cv-501 |
| | : | |
| v. | : | Judge Timothy S. Black |
| | : | |
| RICHARD HODGES, et. al., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF COMPLIANCE**

Defendant Richard Hodges files the foregoing Notice of Compliance in accordance with the Final Order in this case. (ECF Doc. No. 88). Notice of The Final Judgment and Declaratory Judgment and Permanent Injunction (Doc. 88) entered in this case is posted on the Ohio Department of Health Website located at: http://www.odh.ohio.gov/vitalstatistics/vitalmisc/vitalstats.aspx.

    Respectfully submitted,

    MICHAEL DeWINE
    Ohio Attorney General

    /s/ *Bridget E. Coontz*
    BRIDGET E. COONTZ (0072919)*
       *Lead and Trial Counsel
    ZACHERY P. KELLER (0086930)
    RYAN L. RICHARDSON (0090382)
    Assistant Attorneys General
    Constitutional Offices Section
    30 East Broad Street, 16th Floor
    Columbus, Ohio 43215
    Tel: (614) 466-2872; Fax: (614) 728-7592
    bridget.coontz@ohioattorneygeneral.gov
    zachery.keller@ohioattorneygeneral.gov
    ryan.richardson@ohioattorneygeneral.gov

    *Counsel for Defendant Richard Hodges*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2015, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by e-mail or facsimile upon all parties for whom counsel has not yet entered an appearance and upon all counsel who have not entered their appearance via the electronic system.

/s/ *Bridget E. Coontz*
BRIDGET E. COONTZ (0072919)
Assistant Attorney General